**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Amanda Rivers**, | ) | Case No. 4:10-cv-00409-RCC |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| vs. | ) | |
| | ) | |
| **Asset Acceptance, LLC**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy

of which is herewith served upon Defendant.

   **RESPECTFULLY SUBMITTED** this 2nd day of September, 2010

                    By:**s/Marshall Meyers**
                       **Marshall Meyers**
                       **WEISBERG & MEYERS, LLC**
                       **5025 North Central Ave., #602**
                       **Phoenix, AZ 85012**
                       **602 445 9819**
                       **866 565 1327 facsimile**
                       **mmeyers@AttorneysForConsumers.com**
                       **Attorney for Plaintiff**

Filed electronically on this 2nd day of September, 2010, with:

United States District Court CM/ECF system


By: s/Jessica DeCandia
     Jessica DeCandia