IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Rivers, | No. CV-10-409-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| Asset Acceptance, LLC, | |
| Defendant. | |

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 6). The Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(I). Therefore,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

**IT IS FURTHERED ORDERED** that each party is to bear its own costs and expenses of litigation, including attorneys' fees.

DATED this 9th day of September, 2010.

Raner C. Collins
United States District Judge